UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **KIMBERLY FAIR,** *individually and on behalf of others similarly situated,*<br><br>        *Plaintiff,*<br><br>        v.<br><br>**RED CYPRESS GROUP,** *doing business as* **VALLEY SERVICING, ASHLEY BLAKE COLLINS, STANLEY CHAO, ARB RISK MANAGEMENT HOLDINGS, LLC, KASHIA SERVICES, DERRICK J. FRANKLIN, and ALYSSA FRANKLIN,**<br><br>        *Defendants.* | Case No.:<br><br><br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Plaintiff, **Kimberly Fair,** *individually and on behalf of others similarly situated*, makes the following disclosures:

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning its stock or state there is no such corporation:

   **Plaintiff is not a nongovernmental corporate party or a nongovernmental corporation. Plaintiff is an individual. There is no such corporation.**

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify

the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]

**Jurisdiction is not based on diversity under 28 U.S.C. § 1332(a).**

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

- **Kimberly Fair,** *individually and on behalf of others similarly situated*, Plaintiff

- **Seraph Legal, P.A.**, Counsel for Plaintiff, including the following attorneys:
    - Thomas M. Bonan, Esq. (FBN: 118103), Lead Counsel
    - Carolyne Moomaw, Esq. (FBN: 21889)
    - Philip R. Goldberg (FBN: 105940)
    - Bryan J. Geiger, Esq. (FBN: 119168)
    - Brandon D. Morgan, Esq. (FBN: 1015954)
    - Bridget L. Scarangella (FBN: 1022866)
    - Alexander J. Wilde (FBN: 1035431)

- **Ashley Blake Collins**, Defendant

- **Red Cypress Group**, *doing business as* **Valley Servicing**, Defendant

- **Stanley Chao**, Defendant

- **ARB Risk Management Holdings, LLC**, Defendant

- **Kashia Services**, Defendant

- **Derrick J. Franklin**, Defendant

---

[1] *See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. *See Purchasing Power, LLC v. Bluestem Brands, Inc.*, 851 F.3d 1218, 1220 (11th Cir. 2017); *D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra*, 661 F.3d 124, 125-27 (1st Cir. 2011).

- **Alyssa Franklin**, Defendant

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

    **None known at this time.**

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

    **None known at this time.**

6. Identify each person arguably eligible for restitution:

    **Kimberly Fair,** *individually and on behalf of others similarly situated*, Plaintiff

☒ I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

**SERAPH LEGAL, P. A.**

*/s/ Carolyne Moomaw*
Thomas M. Bonan, Esq. (FBN: 118103)
Carolyne Moomaw, Esq. (FBN: 21889)
Philip R. Goldberg (FBN: 105940)
Bryan J. Geiger, Esq. (FBN: 119168)
Brandon D. Morgan, Esq. (FBN: 1015954)
Bridget L. Scarangella (FBN: 1022866)
Alexander J. Wilde (FBN: 1035431)
1614 N. 19th St.
Tampa, FL 33605
Tel: 813-567-1230
Fax: 855-500-0705
TBonan@SeraphLegal.com
CMoomaw@SeraphLegal.com
PGoldberg@SeraphLegal.Com
BGeiger@SeraphLegal.com
BMorgan@SeraphLegal.com
BScarangella@SeraphLegal.com
AWilde@SeraphLegal.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 8, 2023 a true and correct copy of foregoing was filed electronically via the CM/ECF System and served via e-notice to counsel for all parties and with the Complaint.

*/s/ Carolyne Moomaw*
Carolyne Moomaw, Esq. (FBN: 21889)